# Exhibit A

**THIS PAGE IS NOT MONITORED ON A 24 HOUR BASIS. IF YOU HAVE AN EMERGENCY PLEASE CALL 9-1-1.**

**POST/COMMENT REMOVAL POLICY**

The Walnut Ridge Police Department's Facebook page has changed, allowing the public to post comments on the page. The recent change is to facilitate the exchange of information with the public at large. To promote such exchange the department encourages and welcomes postings and comments from the general public about issues related to law enforcement in the Walnut Ridge area. With that said, however, the police department reserves the right to regulate the content of, and where necessary delete completely, any objectional entry that appears on its page. The Walnut Ridge Police Department is responsible for monitoring all posting on its Facebook page and may take appropriate action whenever necessary, and at its sole discretion to protect other page visitors or otherwise harmful information and links.

To that end, the Walnut Ridge Police Department will remove as soon as feasible any posting that involves:

- Advertisements of any kind.
- Profane language or content.
- Content that promotes, fosters, or perpetuates discrimination on the basis of race, creed, color, age, religion, gender, marital status, status with regard to public assistance, national origin, physical or mental disability, or sexual orientation.
- Explicit or implied sexual content.
- Conduct implying, promoting, or encouraging illegal activity.
- Information that might compromise the safety or security of the public.
- Any other posting that, by its nature or content, might harm public welfare.
- Comments/posts that are repetitive.
- Comments that do not pertain to the original post.

# Exhibit B





2