IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM WHITFIELD HYMAN and
NATALIE HYMAN,

       Plaintiffs,

v.                                                                                  Case No. 3:18-CV-230-DPM

CITY OF WALNUT RIDGE,

       Defendant.

## JOINT STATUS REPORT

Come now, the parties, by and through their respective counsel, and for their Joint Status Report, state:

- **Discovery**: Discovery is ongoing. The deadline to complete discovery is September 13, 2019.

- **Motions Pending**: There are no motions currently pending.

- **Settlement Conference**: No settlement conference has been scheduled or requested.

- **Settlement Prospects**: There are no active settlement negotiations.

- **Estimated Length of Trial**: The parties anticipate being able to resolve this case through summary judgment. To the extent factual disputes exist, the parties anticipate that a trial will last no longer than 2 days.

Dated:   July 15, 2019

Respectfully submitted,

/s/ Robert D. Friedman
Amy L. Marshak*
Robert D. Friedman*
Institute for Constitutional Advocacy
and Protection
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, DC 20001

*Admitted pro hac vice

Kesha Chiappinelli, #2009175
Mostyn Prettyman PLLC
2601 N. Walton Blvd. Ste. MP
Bentonville, AR 72712
479-464-4529 office
855-397-2783 fax
Kesha@ArkLawyers.com

*Counsel for Plaintiffs*

/s/ John L. Wilkerson
John L. Wilkerson, ABA #2008046
Attorney at Law
PO Box 38
North Little Rock, AR 72115
Tel: (501) 978-6136
Fax: (501) 978-6567
jwilkerson@arml.org

Lanny Richmond II, ABA #2015137
Attorney at Law
PO Box 38
North Little Rock, AR 72115
Tel: (501) 537-3784
Fax: (501) 537-7261
lrichmond@arml.org

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I, Robert D. Friedman, hereby certify that on this 15th day of July, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all participating counsel of record.

                                                           /s/ Robert D. Friedman
                                                           Robert D. Friedman