IN THE UNITED STATES DISCTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM WHITFIELD HYMAN and　　　　　　　　　　　　　　　　PLAINTIFFS
NATALIE HYMAN

v.　　　　　　　　　　No. 3:18-CV-00230

THE CITY OF WALNUT RIDGE　　　　　　　　　　　　　　　　　DEFENDANTS

## JOINT STATUS REPORT

Come now, the parties, by and through their respective counsel, and for their Joint Status Report, state:

1.　　The parties have settled this matter, and they have each stipulated to the final settlement release.

2.　　Once the parties execute the final settlement release, the parties will submit a Joint Motion to Dismiss to the Court.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　John L. Wilkerson
　　　　　　　　　　　　　　　　　　　　　PO Box 38
　　　　　　　　　　　　　　　　　　　　　North Little Rock, AR 72115
　　　　　　　　　　　　　　　　　　　　　Tel: (501) 978-6136
　　　　　　　　　　　　　　　　　　　　　Fax: (501) 978-6567
　　　　　　　　　　　　　　　　　　　　　jwilkerson@arml.org

　　　　　　　　　　　　　　　　　　　　　Lanny Richmond II
　　　　　　　　　　　　　　　　　　　　　PO Box 38
　　　　　　　　　　　　　　　　　　　　　North Little Rock, AR 72115
　　　　　　　　　　　　　　　　　　　　　Tel: (501) 537-3784
　　　　　　　　　　　　　　　　　　　　　Fax: (501) 537-7261
　　　　　　　　　　　　　　　　　　　　　lrichmond@arml.org

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

Robert D. Friedman*
Amy L. Marshak*
Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, DC 20001
*Admitted pro hac vice

Kesha Chiappinelli
Mostyn Prettyman PLLC
2601 N. Walton Blvd. Ste. MP
Bentonville, AR 72712
479-464-4529 office
855-397-2783 fax
Kesha@ArkLawyers.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, John Wilkerson, hereby certify that on this 25th day of October, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all participating counsel of record listed below.

Kesha Chiappinelli
Mostyn Prettyman, PLLC
P:479-464-4529
F:855-397-2783
kesha@arklawyers.com

Robert D. Friedman*
Amy L. Marshak*
Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, DC 20001
*Admitted pro hac vice

JOHN WILKERSON