IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM WHITFIELD HYMAN;
and NATALIE HYMAN                                                        PLAINTIFFS

v.                              No. 3:18-cv-230-DPM

CHRIS KIRKSEY, in his Individual
Capacity; and THE CITY OF WALNUT
RIDGE, ARKANSAS, Through Mayor
Charles Snapp, in his Official Capacity                                  DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 29 November 2019 to enforce the settlement.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

28 October 2019